The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT        RETURN DATE: **09/01/26**
EASTERN DISTRICT OF NEW YORK          TIME: **10:00 AM**

-------------------------------------------------------------x

In re:

                                       Case No. 25-74635-las

        BRIAN L. FERDINAND,                Chapter 7

                   Debtor.

-------------------------------------------------------------x

## NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO ENTER INTO PROPOSED SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the trustee (the "Trustee") of the

chapter 7 bankruptcy estate of bankruptcy estate of Brian L. Ferdinand (the "Debtor"), by and

through his counsel, The  Kantrow Law Group, PLLC, shall move before the Hon. Louis A.

Scarcella, United States Bankruptcy Judge, on **September 1, 2026, at 10:00 a.m.** or as soon

thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the

proposed Order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), approving the proposed stipulation (the "Settlement Agreement") entered

into by and between (i) the Trustee, (ii) Andrea Romanello Ferdinand ("Andrea"), and (iii) 6

Dogwood Hill LLC ("Dogwood") (Trustee, Andrea, and Dogwood are collectively the "Settling

Parties"), and authorizing Trustee to enter into same, at the United States Bankruptcy Court, 290

Federal Plaza, Central Islip, New York 11722 in Courtroom 970.

     **PLEASE TAKE FURTHER NOTICE** that unopposed motions may be granted by the

Court without the need for an appearance provided that the moving party files with the Court a

proposed order granting the motion along with a Certificate of No Objection at least **two (2) days**

**prior** to the scheduled hearing date. Following receipt of the Certificate of No Objection, the Court may enter an order granting the motion without further pleading, hearing or request.

**PLEASE TAKE FURTHER NOTICE all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application  must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court, and upon: (i) counsel to the Trustee, The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, NY 11787; so as to be received by no later than 4:00 p.m. (prevailing Eastern time) on **August 25, 2026.**

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated:  Smithtown, New York
       July 21, 2026

                          The Kantrow Law Group, PLLC
                          Attorneys for Allan B. Mendelsohn, Trustee

              BY:    S/Fred S. Kantrow
                     Fred S. Kantrow
                     732 Smithtown Bypass, Suite 101
                     Smithtown, New York 11787

516 703 3672
fkantrow@thekantrowlawgroup.com