UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Case No. 25-74635-las

BRIAN L. FERDINAND,                          Chapter 7

Debtor.
------------------------------------------------------------x

## <u>ORDER APPROVING STIPULATION OF SETTLEMENT</u>

Upon the motion dated July 21, 2026, of Allan B. Mendelsohn, as the trustee (the "Trustee") of the bankruptcy estate Brian L. Ferdianand (the "Debtor"), by his counsel, The Kantrow Law Group, PLLC, pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement between (i) the Trustee, (ii) Andrea Romanello Ferdinand ("Andrea"), and (iii) 6 Dogwood Hill LLC ("Dogwood") (Trustee, Andrea, and Dogwood are collectively the "Settling Parties") including the stipulation of settlement dated June 23, 2026, (the "Stipulation of Settlement") attached thereto; and there being no opposition to the relief sought by the Trustee; and a hearing on the Motion having been held on September 1, 2026 ("Hearing"), at which the Trustee appeared by one of his attorneys, and based upon the record made at the Hearing, the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1049; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion as sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, (v) the factors set forth in *Motorola. Inc. v. Official Comm. of Unsecured Creditors (In re Iridium Operating LLC),* 478 F.3d 452, 462 (2d Cir. 2007), weigh in favor of approving the Stipulation of Settlement and (vi) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Motion and having determined that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. Pursuant to Bankruptcy Rule 9019, the Trustee is authorized to enter into the Stipulation of Settlement.

3. The Stipulation of Settlement dated June 23, 2026, attached to the Motion is approved.

4. The Trustee is authorized to take any and all actions reasonably necessary to consummate the Stipulation of Settlement and perform any and all obligations contemplated therein.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.