Weinberg, Gross & Pergament LLP

ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice in New York and Connecticut

*Of Counsel*
Howard R. Gross**
Harvey Weinberg
**Admitted To Practice in New York and Florida

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

July 24, 2026

VIA ECF
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse,
290 Federal Plaza
Central Islip, NY 11722

Re: Brian L. Ferdinand
Case No. 825-74635-845

Dear Judge Scarcella:

This letter shall confirm that the hearing on reaffirmation in the above-referenced case, which is currently scheduled for July 27, 2026 at 10:00 a.m., has been adjourned, on consent, to August 20, 2026 at 10:00 a.m.

Respectfully yours,

Marc A. Pergament

MAP:fa

cc: Via E-Mail – debbie@dksattorney.com
Deborah K. Schaal, Esq.
Law Office of Deborah K. Schaal