Weinberg, Gross & Pergament LLP

ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice in New York and Connecticut*

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

***Admitted To Practice in New York and Florida*

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

August 27, 2026

VIA ECF
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse,
290 Federal Plaza
Central Islip, NY 11722

Re: Brian L. Ferdinand
Case No. 825-74635-845

Dear Judge Scarcella:

This firm is counsel to the Debtor in the above-referenced Chapter 7 case.

Your Honor has scheduled a hearing for September 15, 2026 on the application for the Debtor's re-affirmation of the loan for his vehicle. No objection has been filed with respect to that motion, and the Debtor is current on his obligations under the vehicle loan.

It is requested that Your Honor permit my firm and Mr. Ferdinand to appear virtually as the Debtor will be traveling for business on that date.

In the event Your Honor has any questions concerning this request, kindly have chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:js

cc: Via E-Mail – diane_corsini@nyeb.uscourts.gov
Ms. Diane Corsini, Courtroom Deputy
Chambers of the Honorable Louis A. Scarcella