UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Case No. 25-74635-las
Chapter 7

BRIAN L. FERDINAND,

Debtor.
------------------------------------------------------------x

**ORDER AUTHORIZING TRUSTEE TO RETAIN**
**JOSEPH A. BRODERICK, P.C. AS ACCOUNTANT**

Upon the application (the "Application") of Allan B. Mendelsohn, chapter 7 trustee (the "Trustee") herein, and upon the affidavit (the "Affidavit") of Joseph A. Broderick, sworn to on September 2, 2026, seeking the entry of an Order authorizing the Trustee to retain and employ Joseph A. Broderick, P.C. ("Broderick") as accountant to the Trustee; and it appearing that the relief sought by the Trustee is appropriate and should be granted; it is hereby

**ORDERED** that the Trustee is authorized to retain and employ Broderick as the Trustee's accountant pursuant to section 327(a) of the Bankruptcy Code; and it is further

**ORDERED** that Broderick may seek compensation for professional services performed on behalf of the Trustee upon proper application to the Court, and notice of hearing as required; and it is further

**ORDERED** that not less than ten (10) business days prior to any increase in billing rates, Broderick shall file a supplemental affidavit setting forth the basis for any increase in billing rates consistent with section 330(a)(3)(F) of the Bankruptcy Code. Parties in interest, including the Office of the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including but not limited to the reasonableness standard under section 330 of the Bankruptcy Code. Supplemental affidavits are not required for rate increases

effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee; and it is further

**ORDERED** that Broderick is hereby authorized to keep reasonably detailed time records in six-minute increments (1/10th of an hour) and will submit, with any interim or final fee application, together with time records, a narrative summary, by project category, of services rendered and will identify each professional rendering services, the category of services rendered and the amount of compensation requested; and it is further

**ORDERED** that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

WITHOUT OBJECTION
Office of the United States Trustee

BY: /s/ William J. Birmingham
William J. Birmingham, Esq.

Dated: Central Islip, New York
September 4, 2026

**Dated: September 4, 2026**
**Central Islip, New York**

United States Bankruptcy Court Eastern District of New York

Louis A. Scarcella
Louis A. Scarcella
United States Bankruptcy Judge