UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

Chapter 7

Brian L. Ferdinand,

Case No. 25-74635

Debtor.
---------------------------------------------------------x

**ORDER ON REAFFIRMATION AGREEMENT**

Mercedes-Benz Financial Services USA LLC ("Creditor") filed a motion for approval of a reaffirmation agreement between Brian L. Ferdinand (the "Debtor") and the Creditor dated January 6, 2026 (the "Reaffirmation Agreement"). On September 15, 2026, the Court held a hearing as required under 11 U.S.C. § 524(d) on notice to the Debtor and the Creditor (the "Hearing") at which the Debtor and Debtor's counsel appeared. Based upon the record made at the Hearing, it is hereby

**ORDERED**, that the Court does not disapprove the Reaffirmation Agreement under 11 U.S.C. § 524(m).

Dated: September 16, 2026
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge