Information to identify the case:

Debtor: Brian L. Ferdinand — Name

EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: Eastern District of New York

Date case filed for chapter: 7 12/2/25

Case number: 8−25−74635−ajb

# NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated September 22, 2026, the above−captioned case and any related adversary proceedings have been reassigned to the Honorable Alice J Byowitz, United States Bankruptcy Judge effective September 23, 2026. Please take note of the new case number: **8−25−74635−ajb** .

Dated: September 23, 2026

For the Court, Paul Dickson, Clerk of Court